THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY GANT, Appellant. [852 NYS2d 798]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Spolzino and Covello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE GASKIN, Appellant. [852 NYS2d 798]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Spolzino, Skelos and Lifson, JJ., concur.